UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**KENNETH DEAN BERNAS #211368**          **CASE NO. 5:25-CV-00208 SEC P**

**VERSUS**                               **JUDGE TERRY A. DOUGHTY**

**G SIMMONS**                            **MAGISTRATE JUDGE HORNSBY**

### JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 25], noting Plaintiff, Kenneth Bernas, has not filed an objection to the Report and Recommendation by the deadline, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 21] is **GRANTED**, and all of Plaintiff Kenneth Dean Bernas' claims against Defendant, Officer Simmons, are **DISMISSED WITH PREJUDICE** from being re-asserted, until Plaintiff meets the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994).

MONROE, LOUISIANA, this 18th day of September 2025.

_____
Terry A. Doughty
United States District Judge